### 2506. TURNER *v.* THE STATE.

RUSSELL, J. The exceptions to the charge of the court and to the rulings upon the evidence are not sufficiently meritorious to warrant a reversal of the judgment refusing a new trial. The defendant had a fair trial, and the evidence authorized the verdict.        *Judgment affirmed.*

POWELL, J., dissenting. There are some errors in the record; as to this we all agree. In a sense, they may be considered as minor errors; but to my mind they can not be considered as harmless, since the evidence of the defendant's guilt of the grave offense for which he was convicted is so slight.

            DECIDED FEBRUARY 22, 1911.

Indictment for assault with intent to rape; from Washington superior court—Judge Rawlings. January 29, 1910.

*W. M. Goodwin, Hardwick, Wright & Hyman,* for plaintiff in error.

*Alfred Herrington, solicitor-general, Hines & Jordan, Evans & Evans, J. J. Harris,* contra.